No. 94–37.  GREENFIELD *v.* CITY OF MIAMI BEACH, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–40.  JACKSON *v.* BRIGLE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–41.  MARTIN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–46.  BERNARD *v.* CITY OF DALLAS WATER DEPARTMENT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–47.  CAMPBELL *v.* WILLIAMS.  Sup. Ct. Ala.  Certiorari denied.

No. 94–49.  SOLAR-KIST CORP. *v.* CLOTILDE, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 94–50.  RITCHIE ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–51.  JONES *v.* SIMON & SCHUSTER, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–52.  BLAKE ET AL. *v.* PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS, INC., ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 94–53.  ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, AFFILIATED WITH THE UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO *v.* INDEPENDENT SPRINKLER CORP.  C. A. 11th Cir.  Certiorari denied.

No. 94–54.  SIMPSON ET AL. *v.* DEPARTMENT OF REVENUE OF OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 94–55.  CINEL *v.* CONNICK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–57.  HTC INDUSTRIES, INC. *v.* PERRY, SECRETARY OF DEFENSE.  C. A. Fed. Cir.  Certiorari denied.